RECEIVED

MAR 2 5 2013

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHARLES EDWARD SHUMATE

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**FILED**
**10/31/2013**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

Ill. STATE POLICE DEPT.

S. WALTERS #1699

Glen F. Lorenty #20214

Evelio Mateo Jr. #20160

Anita Alvarez   States Attorney

Jamie Garcia   ASA

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

13 C 2258
Judge Sharon Johnson Coleman
Magistrate Judge Sidney I. Schenkier

Alexandria Gillespie ASA

Marvin Luckman Judge

_____

_____

**CHECK ONE ONLY:**

X        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**     **Plaintiff(s):**

    A.     Name: CHARLES E. SHUMATE

    B.     List all aliases: N/A

    C.     Prisoner identification number: 20120512154

    D.     Place of present confinement: Cook County Dept. of Corrections

    E.     Address: P.O. Box 089002 Div. 11, BF-409, CHGO. IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**     **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.     Defendant: Illinois State Police Department

        Title: STATE Police / DNA Index

        Place of Employment: Joliet, IL

    B.     Defendant: GLEN F. LORENTY

        Title: DETECTIVE / # 20214

        Place of Employment: Belmont/Western 2452 W. Belmont CHGO.

    C.     Defendant: EVELID MATEO Jr.

        Title: DETECTIVE / # 20160

        Place of Employment: Belmont/Western 2452 W. Belmont CHGO.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. (CONT) DEFENDANT (S):

DEFENDANT: S. WALTERS
TITLE: SUPERVISOR / #1699
PLACE OF EMPLOYMENT: 20TH DISTRICT POLICE DEPT.


DEFENDANT: ANITA ALVAREZ
TITLE: COOK COUNTY STATE'S ATTORNEY
PLACE OF EMPLOYMENT: 2650 SO. CALIFORNIA CHGO. IL 60608


DEFENDANT: JAMIE GARCIA
TITLE: COOK COUNTY ASSISTANT STATE'S ATTORNEY
PLACE OF EMPLOYMENT: 2650 SO. CALIFORNIA CHGO. IL 60608


DEFENDANT: ALEXANDRIA GILESPIE
TITLE: COOK COUNTY ASSISTANT STATE'S ATTORNEY
PLACE OF EMPLOYMENT: 5600 OLD ORCHARD ROAD SKOKIE, IL

3

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: CHARLES SHUMATE V TOM DART
NOT SURE OF DOCKET NO.

B. Approximate date of filing lawsuit: 2005 - 2006

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
CHARLES SHUMATE

D. List all defendants: TOM DART

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT, NORTHERN DISTRICT, EASTERN DIVISION

F. Name of judge to whom case was assigned: DON'T REMEMBER

G. Basic claim made: HELD ILLEGALLY IN CUSTODY

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NOT SURE

I. Approximate date of disposition: NOT SURE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1)

## Illinois State Police

In June of 2004, I was charged with Residual Burglary, case No. 04-CR-16305. I was convicted on Jan 8, 2007, and sent to the IL. Dept. of Corrections, sentenced to 8 years. On Jan 8, 2009, mandate 07-0890 was filed at the Appellate level and on Jan 15, 2009, a special order was entered reversing my conviction.

According to 730 ILCS 5/5-4-3 (FI), the Illinois State Police Department were obligated to remove the DNA extracted from me by the IL. Department of Corrections from the DNA Index. They failed to do so. Two years later, I was arrested with the assumption that my DNA was found on the outside of a crime scene. The investigators stated that the DNA at the crime scene had an association to my DNA in the DNA Index.

My DNA shouldn't have been in any DNA Index because the Illinois State Police Dept. were require to remove all traces, by law. Their negligence has caused me my freedom/liberty, loss of job, homelessness and loss of finances. (See Exhibits A, B, & C)

5

Revised 9/2007

2) Due to the Illinois State Police Depts. Negilence, I was arrested in my home by Tatical officers D. O'Rouke #8905, and P. Brennen #7219, without a warrant, which is a violation of my 4TH Amendment right under the Illinois and United States Constitution.

They were dispatched to my home for a crime which happened a year prior by Det. Glen Locenty #90314, and Det. Evelio Mateo Jr. #20160. These detectives had a whole year prior to my arrest to get an arrest/search warrant prior to arresting me, but did not do so.

The detectives were also aware that I didn't fit the description of the offender given by the victim, or the witness of the victim. Yet, I was arrested, jailed, and 11 months later, still remain incarcerated at the C.C.D.O.C.

The detectives supplied the officers false information used in their police report to substantiate the arrest. Also, the 20TH District Police Department had arrested, and charged me with crimes in the past of which I was eventually exonerated. (See Exhibits D and E). They have harrassed, and threatened that they were going to lock me away for life if I didn't move out of their district, and have been trying to do so since 2004. (Also, see Exhibits G, H, & I).

6

3) On June 14, 2012, I was arraigned in the First Municipal District, at Belmont and Western. Judge Marvin Luckman ruled on a whim and found probable cause to bound me over for trial for a residential burglary.

The testimony will reflect that the victims description of the offender, could not have been me because she told the investigator who testified on her behalf in preliminary that the offender was a young black male, about 18 years old, 6' tall. I stood before the court on this date, an old black male, 5'6" tall, and 57 years old.... Clearly not the person described to be the offender.

This was clearly a case of prosecutorial misconduct/malicious prosecution. This ruling cause the defendant to be imprisoned unconstitutionally, an unlawful incarceration and infliction of emotional distress. (See exhibit I, pg. 7, line 9, 20-21 and page 8, lines 1 & 2).

4) The State's Attorney office is completely wreckless in their handling of this matter. Anita Alvarez, the Cook County State's Attorney is fully aware that her employees (ASA's) are not acting in accordance of color of law, and refuses to admonish them of

7

THESE ACTIONS. THEREFORE, ASA's LIKE ASA JAMIE GARCIA WHO APPROVED THE CHARGES AGAINST THE DEFENDANT, KNOWING FULL WELL THAT THE DEFENDANT DID NOT MATCH THE DISCRIPTION GIVEN BY THE VICTIM, OF THE OFFENDER, WILL CONTINUE TO INTERRUPT THE LIVES OF PEOPLE WHO'VE PAID THEIR DEBT TO SOCIETY AND STRIVE TO BE PRODUCTIVE CAUSING THEM UNDUE HARDSHIP, EMOTIONAL DISTRESS AND FALSE IMPRISONMENT.

ASA JAMIE GARCIA SHOULD'VE NEVER APPROVED THE CHARGES FROM THE BEGGINING SIMPLY BECAUSE OF THE DIS-CREPANCY IN THE DISCRIPTIONS. HER GOAL WAS TO TRY AND BULLY, COHERSE THE DEFENDANT INTO A GUILTY PLEA WITH THE THREAT OF CLASS X SENTENCING (6-30 yrs) IF HE WENT TO TRIAL!

THEN, THE CASE IS HANDED OVER TO ASA ALEXANDRIA GILESPIE, IN THE SKOKIE COURT HOUSE WHERE SHE CONTINUES TO THREATEN THE DEFENDANT WITH EXTENDED SENTENCING. SHE IS AWARE OF THE CIRCUMSTANCES OF THE CASE, KNOWS THAT THE PERSON IN CUSTODY FOR THE CRIME IS NOT THE PERSON WHO COMMITTED THE CRIME, AND SHE STILL PEPETUATES INFLICTION OF EMOTIONAL DISTRESS, AND COMMITS PROSECUTORIAL MISCONDUCT AS WELL AS MALICIOUS PROSECUTION BY MOVING FORWARD WITH THE PROSECUTION OF THE CHARGES

8

KNOWING THAT A CONVICTION COULD NOT BE OBTAINED IN A TRIAL.

SHE EVEN GOES BEYOND HER OWN AUTHORITY IN THAT SHE SWORE AN OATH OF OFFICE TO ABIDE BY THE ABA RULES 1983, WHICH STATES IN RELEVANT PART: "PROSECUTORS IN A CRIMINAL CASE SHALL REFRAIN FROM PROSECUTING A CHARGE THAT THE PROSECUTOR KNOWS IS NOT SUPPORTED BY PROBABLE CAUSE. MRS. GILESPIE HAS THE RESPONSIBILITY OF A MINISTER OF JUSTICE, AND HAS A SPECIFIC OBLIGATION TO SEE THAT A DEFENDANT IS ACCORDED PROCEDURAL JUSTICE, AND THAT IF FOUND GUILTY, THAT DECISION IS BASED UPON SUFFICIENT EVIDENCE. (SEE RULE 3.8 of ABA RULES 1983).

9

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

BECAUSE OF THE FAILURE OF THE Ill. STATE Police Dept. To Do THEIR MANDATORY Duty, PROSECUTORIAL MISCONDUCT By JUDGE MARVIN LUCKMAN, THE MALICIOUS PROSECUTION By THE STATE, AND THE UNLAWFUL INCARCERATION By THE COUNTY, THE DEFENDANT SEEKS 3 Million Dollars FOR COMPENSATION As WELL AS GENERAL DAMAGES. Also, FOR DAMAGES FOR DISCOMFORT, AND INJURY To HIS HEALTH, LOSS OF TIME AND DEPRIVATION OF THE SOCIETY

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____

(Signature of plaintiff or plaintiffs)

_____

(Print name)

_____

(I.D. Number)

_____

_____

(Address)

10

EXHIBIT B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 014

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 04CR1630501

CHARLES     SHUMATE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | |
|---|---|---|
| 04/16/09 CONTINUANCE BY AGREEMENT | 05/21/09 | |
| CLAPS JOSEPH M | | |
| 05/19/09 CLR RETURNED CLKS OFF/WAREHOUS | 00/00/00 | |
| APLT# 07-0890; 1 VOL; 2 SUPP VOL | | |
| 05/19/09 REPT OF PROCD RETD CLKS OFF/WH | 00/00/00 | |
| APLT# 07-0890; 6 VOL | | |
| 05/21/09 DEFENDANT ON BOND | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 05/21/09 CONTINUANCE BY AGREEMENT | 06/26/09 | |
| CLAPS JOSEPH M | | |
| 06/26/09 DEFENDANT ON BOND | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 06/26/09 CONTINUANCE BY AGREEMENT | 07/31/09 | |
| CLAPS JOSEPH M | | |
| 07/31/09 DEFENDANT ON BOND | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 07/31/09 WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 07/31/09 CONTINUANCE BY AGREEMENT | 08/21/09 | |
| CLAPS JOSEPH M | | |
| 08/21/09 DEFENDANT ON BOND | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 08/21/09 WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 08/21/09 CONTINUANCE BY AGREEMENT | 09/25/09 | |
| CLAPS JOSEPH M | | |
| 09/25/09 DEFENDANT ON BOND | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 09/25/09 PLEA OF NOT GUILTY | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 09/25/09 JURY WAIVED | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 09/25/09 TRIAL COMENCED AND CONTINUED | 09/30/09 | |
| CLAPS JOSEPH M | | |
| 09/30/09 DEFENDANT ON BOND | 00/00/00 | |
| CLAPS JOSEPH M | | |
| 09/30/09 MOTION DIRECT VERD OR FINDING | 00/00/00 S | 2 |
| GRANTED | | |
| CLAPS JOSEPH M | | |

11

*EXHIBIT A*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 013

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 04CR1630501

CHARLES       SHUMATE

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | | |
|---|---|---|---|
| 01/08/09 MANDATE FILED | 01/15/09 1776 | | |
| 07-0890 | | | |
| 01/15/09 SPECIAL ORDER | 00/00/00 | | |
| REVERSED AND REMANDED | | | |
| BIEBEL, PAUL JR. | | | |
| 01/15/09 CASE ASSIGNED | 01/22/09 1706 | | |
| BIEBEL, PAUL JR. | | | |
| 01/22/09 DEFENDANT IN CUSTODY | 00/00/00 | | |
| CLAPS JOSEPH M | | | |
| 01/22/09 PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| CLAPS JOSEPH M | | | |
| 01/22/09 PUBLIC DEFENDER APPOINTED | 00/00/00 | | |
| CLAPS JOSEPH M | | | |
| 01/22/09 BAIL AMOUNT SET | 00/00/00 | | $   50000 |
| CLAPS JOSEPH M | | | |
| 01/22/09 DEFENDANT REL ON I BOND | 00/00/00 | | $   50000 |
| CLAPS JOSEPH M | | | |
| 01/22/09 SPECIAL ORDER | 00/00/00 | | |
| MANDATE SPREAD OF RECORD | | | |
| CLAPS JOSEPH M | | | |
| 01/22/09 SPECIAL ORDER | 00/00/00 | | |
| FINDING GUILTY ; SENTENCED VACATED | | | |
| CLAPS JOSEPH M | | | |
| 01/22/09 CONTINUANCE BY AGREEMENT | 02/11/09 | | |
| CLAPS JOSEPH M | | | |
| 02/11/09 DEFENDANT IN CUSTODY | 00/00/00 | | |
| CLAPS JOSEPH M | | | |
| 02/11/09 PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| CLAPS JOSEPH M | | | |
| 02/11/09 CONTINUANCE BY AGREEMENT | 03/20/09 | | |
| CLAPS JOSEPH M | | | |
| 03/20/09 DEFENDANT ON BOND | 00/00/00 | | |
| CLAPS JOSEPH M | | | |
| 03/20/09 CONTINUANCE BY AGREEMENT | 04/16/09 | | |
| CLAPS JOSEPH M | | | |
| 04/16/09 DEFENDANT ON BOND | 00/00/00 | | |
| CLAPS JOSEPH M | | | |

Exhibit C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 015

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 04CR1630501

    CHARLES        SHUMATE

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/30/09 FINDING OF NOT GUILTY              CALL 00/00/00
    CLAPS JOSEPH M
09/30/09 CHANGE PRIORITY STATUS             M    00/00/00
    CLAPS JOSEPH M


                    I hereby certify that the foregoing has
                    been entered of record on the above
                    captioned case.
                    Date 08/06/12

                    _____
                            DOROTHY BROWN
                    CLERK OF THE CIRCUIT COURT OF COOK COUNTY

                            13

EXHIBIT D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

                VS                    NUMBER 04CR1630501

CHARLES      SHUMATE

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION / COURT MINUTES

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

   720-5/19-3(a)                    F 1     RESIDENTIAL BURGLARY
The following disposition(s) was/were rendered before the Honorable Judge(s):


07/14/04 IND/INFO-CLK OFFICE-PRES JUDGE        07/29/04 1701
    04CR1630501 ID# CR100500545
07/29/04 CASE ASSIGNED                         07/29/04 1706
    BIEBEL, PAUL JR.
07/29/04 DEFENDANT IN CUSTODY                  00/00/00
    BIEBEL, PAUL JR.
07/29/04 DEFENDANT IN CUSTODY                  00/00/00
    SURIA JR., FRED G.
07/29/04 PRISONER DATA SHEET TO ISSUE          00/00/00
    SURIA JR., FRED G.
07/29/04 PUBLIC DEFENDER APPOINTED             00/00/00
    SURIA JR., FRED G.
07/29/04 DEFENDANT ARRAIGNED                   00/00/00
    SURIA JR., FRED G.
07/29/04 PLEA OF NOT GUILTY                    00/00/00
    SURIA JR., FRED G.
07/29/04 MOTION FOR DISCOVERY                  00/00/00 F     1
    SURIA JR., FRED G.
07/29/04 MOTION FOR DISCOVERY                  00/00/00 F     2
    SURIA JR., FRED G.
07/29/04 DISCOVERY ANSWER FILED                00/00/00       1
    SURIA JR., FRED G.
07/29/04 MOTION FOR BAIL REDUCTION                      D     2
    SURIA JR., FRED G.
07/29/04 CONTINUANCE BY AGREEMENT              08/31/04
    SURIA JR., FRED G.
08/31/04 DEFENDANT IN CUSTODY                  00/00/00
    SURIA JR., FRED G.
08/31/04 PRISONER DATA SHEET TO ISSUE          00/00/00
    SURIA JR., FRED G.


14

EXHIBIT E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 10113328201

    CHARLES    E SHUMATE

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.

Charging the above named defendant with:

    720-570/402-C                 F 4       UNLAW. PCS
    720-550/4-B                   M B       UNLAW.POSS.CANNABIS
The following disposition(s) was/were rendered before the Honorable Judge(s):


10/22/10 PROBABLE CAUSE TO DETAIN
        BROWN JAMES R
10/22/10 BAIL AMOUNT SET                                              $  10000
        BROWN JAMES R
10/22/10 MOTION STATE - CONTINUANCE -MS        11/09/10 2842
        BROWN JAMES R
10/22/10 DEF DEMAND FOR TRIAL
        BROWN JAMES R
11/09/10 MOTION DEFT - CONTINUANCE - MD        11/16/10 2842
        O'NEILL BURKE, EILEEN
11/16/10 DEF DEMAND FOR TRIAL
        KULL, GEARY W.
11/16/10 MOTION CONTINUANCE - DENIED                    D     1
        KULL, GEARY W.
11/16/10 NOLLE PROSEQUI                C001
        KULL, GEARY W.
11/16/10 STRICKEN OFF - LEAVE REINSTATE   C002
        KULL, GEARY W.
11/17/10 CBR PROCSED FRWD ACCT DEP
        BOND RELEASED 111610




                        I hereby certify that the foregoing has
                        been entered of record on the above
                        captioned case.
                        Date 06/04/12


                        _____
                            DOROTHY BROWN
                        CLERK OF THE CIRCUIT COURT OF COOK COUNTY



                            15

EXHIBIT F

AFFIVIDAVIT SUPPORTING MOTION TO DISM

ON MAY 12, 2012, BETWEEN 1:45 pm AND 2:15 pm, MR. SCHUMATE HEARD A KNOCK ON HIS DOOR. AFTER ASKING "WHO IS IT" AND RECIEVING NO RESPONSE, HE WALK TO THE DOOR OF HIS APARTMENT AT 5012 N. WINTHROP, CHICAGO, IL., APT. 344 AND PEERED OUT OF THE PEEPHOLE. I SAW MY NEIGHBOR, WHOSE DOOR IS DIRECTLY ACCROSS FROM MINE, STANDING IN HIS DOORWAY AND HE MADE A HANDWAVING JESTURE TOWAR MY DOOR. I THOUGHT HE WAS THE PERSON WHO KNOCKED, SO I OPENED THE DOOR.

UPON OPENING THE DOOR, 3 TACTICAL TEAM OFFICERS JUMPED OFF THE SIDE OF THE WALL ON WHICH MY APARTMENT DOOR WAS LOCATED AND SAID "POLICE." THEY DID NOT IDENTIFY THEMSELVES WHEN I ASK WHO IS KNOCKING BUT DECIEVED ME INTO THINKING THAT MY NEIGHBOR HAD KNOCKED ON MY DOOR. AFTER ASKING WHATE THEY WANTED, I WAS INFORMED THAT THEY HAD BEEN DISPACHED TO BRING ME IN ON AN INVESTIGATIVE ALERT.

I ASKED THEM IF I WAS UNDER ARREST, OR IF THEY HAD AN ARREST WARRENT TO PICK ME UP AND WAS TOLD NO! THEN, I TOLD THEM TO GIVE ME THE NAME OF THE INVESTIGATOR AND I WOULD COME IN WITH MY LAWYER. AT THAT TIME THEY ASKED ME TO STEP INTO THE HALLWAY. I ASKED THEM AGAIN IF I WAS UNDER ARREST AND IF THEY HAD AN ARREST WARRENT. AGAIN, THEY ANSWERED NO TO BOTH QUESTIONS. WITH THAT, I STARTED TO CLOSE THE DOOR.

Exhibit F

Upon me starting to close the door, one of the tactical officers reached across the threshold of my apartment, grabbed my arm and started to try and pull me out of my apartmen I struggled with him and then another tactical officer reached acr the threshold of my apartment door and grabbed my other arm and commenced to pulling me out of my apartment, then, a third tactical team officer pull his stun gun and pointed it at me, immediately, I stopped resisting and allowed them to drag me out of my apartment and handcuff me, at no time did they produce an arrest warrant. The tactical officers reinterated that I was not under arrest but, I had been forcefully removed from my apartment. I was not at liberty to refuse going with them which in effect, makes the arrest illegal because they did not have an arre warrant to arrest me in my home. This is a violation of my 4th amendment right under the U.S. and Illinois Constitutions.

I swear that the facts stated in the above affidavit are exact and true....

OFFICIAL SEAL
MABLE LESLIE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/10/14

8-28-2012

CHARLES E. SHUMATE -PRO-SE

_Chls E. Shum._  PRO-SE

17

*EXHIBIT @*

**Chicago Police Department - ARREST Report**

CB #: 18404896
SHUMATE, Charles

### ARREST REPORTING

**WARRANT**

NO WARRANT IDENTIFIED

**NON-OFFENDER(S) / VICTIM AND COMPLAINANT**

Name: DET. LORENTY
Empl: 2452 W Belmont Ave
Chicago, IL 60618

Beat: 1921

DOB:
Age:

Injured? No       Deceased? No

Hospitalized? No

Treated and Released? No

Comments:

**ARRESTEE VEHICLE**

NO ARRESTEE VEHICLE INFORMATION ENTERED

**PROPERTIES**

Confiscated Properties :
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR     SHUMATE, Charles,     NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

**INCIDENT NARRATIVE**

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
EVENT# 10915 IN SUMMARY: A/O'S HAD KNOWLEDGE THAT THE ABOVE ARRESTEE HAD AN INVESTIGATIVE ALERT AND RELOCATED TO THE ADDRESS OF ARREST. SUBJECT WAS ON SCENE AND A NAME CHECK REVEALED AN ACTIVE ALERT FOR BURGLARY UNDER RD#HT336515 IN THAT ARRESTEE WAS POSITIVELY IDENTIFIED THROUGH A SWAB OF BLOOD THROUGH CODIS. ARRESTEE PLACED INTO CUSTODY AND TRANSPORTED TO 020 FOR PROCESSING. DENIES GANG, NO USC, NAME CHECK CLEAR NO WANTS OR WARRANTS. DETECTIVE AREA NORTH NOTIFIED
SEE WC COMMENTS SECTION FOR ADDITIONAL COMMENTS  *AT THE TIME OF THIS ARREST REPORT WAS WRITTEN, THERE WAS NO POSITIVE I.D. BY CODIS ... SO THE POLICE LIED IN THIS REPORT!  SEE EXHIBITS #£D*

**COURT INFO**

Desired Court Date:     18 May 2012
Branch: 42-2     2452 W BELMONT - Room
Court Sgt Handle? No
Initial Court Date:    12 May 2012
Branch: CBC-1 2600 S CALIFORNIA - Room
Docket #:

**BOND INFO**

BOND INFORMATION NOT AVAILABLE

18

*EXHIBIT H* (handwritten)

Association #15273

From: PAULINE GORDON

Date: 1/25/2012

Re: CODIS Convicted Offender Association

This information is being provided for investigative purposes only.  You should not make an arrest solely on the basis of this information.  *WHY? BECAUSE* (handwritten)

Note: An additional DNA standard (buccal swab or blood sample) from the convicted offender is ~~...for confirmator, forensic analysis. Please complete an Evidence Submission Form and~~ submit the standard to the CPD Division of Forensic Services.  Once a standard has been submitted, a laboratory report with statistics will be forthcoming. *Could they determine* (handwritten)

*WHEN THE BLOOD WAS PUT ON THE GLASS?* (handwritten)

Investigating Officer: DET. LORENTY

Submitting Agency: CPD UNIT 630

RD/Agency Number: HT336515

Lab Case Number: C11-24680

Victim(s) Name: WENDY MELTZER

Suspect(s) Name: NA

Offense: Burglary

Offender name: CHARLES SHUMATE

DOB: 11-4-1955

SID#: IL15952530

IL IDOC#: N91261

Additional Information: Male profile identified on SWABS FROM BROKEN GLASS (inv# 12335506) matches convicted offender.

If you have any questions or require additional information please contact Forensic Scientist and CODIS Administrator Kathleen Kozak at ext. 2270.
R/D has no knowledge of this case and is only submitting this report to document the association provided to us from the ISP Forensic Science Center at Chicago.

Det E. Mateo #20160

*CODIS STATES IN BOLD WRITING "DO NOT ARREST SOLELY ON THIS INFORMATION" !! CODIS STATES THAT ADDITIONAL DNA IS NEEDED FOR CONFIRMATOR FORENSIC ANALYSIS.... THIS MEANS THERE IS NO POSITIVE I.D. AS STATED BY OFFICERS IN THE ARREST REPORT. SEE EXHIBIT A & B* (handwritten)

EXHIBIT II

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Pat Quinn
*Governor*

| January 25, 2012 |
| LABORATORY REPORT |

Hiram Grau
*Director*

DET. GLEN LORENTY 20214
CHICAGO PD UNIT 610
DETECTIVE DIVISION AREA
2452 WEST BELMONT
CHICAGO, IL 60618

RD #H11330513

OFFENSE    Burglary
VICTIM     Wendy Meltzer

The following evidence was received by the Forensic Science Center at Chicago on June 13, 2011:
**Inventory# 12335506**

| **EXHIBIT** | **DESCRIPTION** |
| --- | --- |
| 1A | Swab from broken glass |

### RESULTS
The following information pertains to Combined DNA Index System (CODIS) association# 15273.

DNA from Exhibit 1A was amplified using the Polymerase Chain Reaction (PCR) and profiled at the loci listed on the attached table.

A human male DNA profile was identified in Exhibit 1A. This profile was searched against the DNA Index. The search detected an association to the following individual which indicates he may be the donor of the DNA profile identified: Charles Shumate, SID# IL15952530.

*Key* ➚

The questioned male DNA profile identified in Exhibit 1A has been included in the DNA Index and will continue to be compared to other DNA Index profiles. You will be notified if a probative association is detected.

*THE FINDINGS ARE NOT CONCLUSIVE, MUST CHALLENGE*

See the attached table for a summary of observed alleles.

*BUT, OFFICERS SAID THEY HAD POSITIVE ID, FROM CODIS IN THEIR POLICE REPORT*

### REQUESTS
An additional standard from Charles Shumate will be necessary for confirmatory forensic analysis. Please submit all appropriate standards to the Chicago Police Department Division of Forensic Services.

For results of previous biological examinations, please refer to the laboratory report by Forensic Scientist Cindy C. Lee from the Forensic Science Center at Chicago.

*PG. 1 OF 2*

EXHIBIT J

```
 1        Q.    And she never gave anyone permission to be
 2   in her house that day in June of 2011?
 3        A.    That's correct.
 4             MR. GLEASON:  No further questions of this
 5   witness.
 6             THE COURT:  Cross.
 7                    CROSS-EXAMINATION
 8                   BY MS. HAREAS:
 9        Q.    The only thing that the purported victim
10   stated was that she had seen a black gentleman,
11   correct?
12             MR. GLEASON:  Objection, form of the
13   question.
14             THE COURT:  Overruled.
15        A.    Yes.
16        Q.    She didn't say anything else about a
17   description of how this person looked?
18        A.    Yes.
19        Q.    What did she say?
20        A.    She thought he was 18 years old.
21        Q.    18 years old, okay.  Did she say anything
22   else?
23        A.    She said she couldn't identify him because
24   she was not wearing her glasses.
```

7    31

(Cont) Exhibit J

```
 1        Q.   And that is the only description you got,
 2   black and 18, correct?
 3        A.   Correct.
 4        Q.   And she did not identify the person?
 5        A.   Correct.
 6        Q.   Now, you don't have any fingerprints
 7   either, do you?
 8        A.   No, I don't.
 9        Q.   And there are no witnesses that saw any
10   individual breaking this glass door, correct?
11        A.   Correct.
12        Q.   And no items were missing from the home,
13   isn't that correct?
14             MR. GLEASON:  Objection, relevance.
15             THE COURT:  Overruled.
16        A.   None.
17        Q.   Pardon?
18        A.   None.
19        Q.   And was anyone else present in the home at
20   the time?
21        A.   No.
22        Q.   Now, when you researched this case
23   relating to the blood, you looked this up in the
24   data bank, correct?
```

## COOK COUNTY DEPARTMENT OF CORRECTIONS

**Date:** 3/21/13

**To:** *C.C.D.O.C.*
*Property Section.*

I, Charles Schmate the undersigned,
( PRINT – Inmate's Name )
**am incarcerated in the C.C.D.O.C. and unable to personally call for
my property described as follows:**

☐ **PROPERTY** Excluding: *Money*

☒ **OTHER:** Rec'd eye glasses from
wife

**I, hereby authorize the release of this property to the bearer of this
letter.**

Recipient's Name: Sandra J. Corodini

Recipient's Address: 823 Summit Lane

Recipient's ID Presented: I/L C635 7905 3726

*Inmate's Signature:* [signature]

CCDOC – ID.# 2012 - 0512154

Division: 11       Living Unit: BF

Witnessed By: Housher       Title: Pro
(Program Services –*Authorized Signature*)

*Note: This transaction **MUST** be completed on the date listed above.*

*Revised 05/2012*